UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 05-417 (1)   (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Richard Louis Ennen, III, | |
| Defendant. | |

Before the Court is Defendant Ennen's Objections to the February 22, 2006 Report and Recommendation of Magistrate Judge Susan Richard Nelson. Judge Nelson has recommended that Defendant Ennen's Motion to Suppress Evidence be denied. The undersigned has reviewed de novo the Report and Recommendation and Defendant Ennen's Objection thereto. Judge Nelson's statement of the facts is thorough and fully supported by the record before her. Her legal analysis of the issues presented is likewise thorough and supported by controlling legal principles.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Defendant Ennen's Objection (Doc. No. 47) is **OVERRULED**;

2. The Report and Recommendation (Doc. No. 46) is **ADOPTED**; and

3. Defendant Ennen's Motion to Suppress Evidence (Doc. No. 22)   is **DENIED**.

Dated: March 27, 2006

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge