UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-417 (RHK/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| RICHARD LOUIS ENNEN, III and | ) | |
| MARCO ANTHONY IRONI, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon the defendants' waiver of speedy trial and their request that trial in this case commence on December 4, 2006. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the reasons set forth orally at the August 28, 2006 status conference in this case, and defendant Ennen's informal motion dated October 12, 2006.

Accordingly, IT IS HEREBY ORDERED that the period from August 28, 2006 through December 4, 2006, shall be excluded from the Speedy Trial Act computations in this case.

IT IS FURTHER ORDERED that trial shall commence on December 4, 2006.

Dated: November 8, 2006       s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge