## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-417 (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| RICHARD LOUIS ENNEN, III, | |
| Defendant. | |

---

Defendant, RICHARD LOUIS ENNEN, III, by and through his attorney Barry V. Voss, Esq., having moved this Court ex parte for a one week extension to submit the defendant's objection letter now due on March 14, 2007, to March 21, 2007,

**IT IS HEREBY ORDERED**:

Defendant Ennen's objection letter to the presentence investigation report is due March 21, 2007.

Dated this  16th  day of  March , 2007.

                                                                                           **BY THE COURT:**

                                                                                           s/Richard H. Kyle
                                                                                           **The Honorable Richard H. Kyle**
                                                                                           **United States District Court**