# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 05-417 (1)   (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Richard Louis Ennen, III, | |
| Defendant. | |

---

Defendant's May 25, 2007 letter request (attached) for extension of the June 4, 2007 voluntary surrender date is **GRANTED** as follows:  the surrender date is extended to Thursday, June 28, 2007. There will be no further extensions.

Dated: May 30, 2007

                                                    s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge